```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

KAMAL M. WEBB                                              PLAINTIFF

VS.                           CIVIL ACTION NO. 5:13-CV-214-DCB-MTP

UNITED STATES OF AMERICA                                   DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of United States Magistrate Judge Michael T. Parker, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and Defendant's Motion to Dismiss **[15]** is GRANTED and this matter is dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>16th</u> day of September, 2014.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE